THEODORE SHEPHERD v. THE STATE.

No. 6388: Decided October 19, 1921.

**Assault to Murder—Practice on Appeal—Withdrawal of Appeal.**

Where upon motion for appellant, duly verified by affidavit, defendant desired to no longer prosecute his appeal, the same is dismissed.

Appeal from the Criminal District Court of Harris. Tried below before the Honorable C. W. Robinson.

Appeal from a conviction of assault to murder; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for assault with intent to murder; punishment fixed at two years confinement in the penitentiary.

Upon motion of the appellant, duly verified, the appeal is dismissed.

*Dismissed.*